FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA   11 JUN 20 PM 2: 45
Tampa Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

WILLIAM SPENCER CONNERAT III, )
natural born Citizen, and Florida Elector )
)
)
Petitioner, )
)
v. )
) Civil Action No.
BARACK HUSSEIN OBAMA II, ) 8:11-CV-1359-T-23TGW
putative President of the United States of America )
)
Respondent. )

## PETITION FOR WRIT OF MANDAMUS

Know all men by these presents that Petitioner and natural born Citizen, William Spencer Connerat III, provides proof ("Official Record" as per Federal Rules of Civil Procedure, Rule 44(a)) of ineligibility of Respondent, Barack Hussein Obama II, to serve as President of the United States of America, based upon such Official Record, also known as the **Tacit Admission of Ineligibility, Confession in Open Court**, which is included, in its entirety, as page three (3) of this Petition, not numbered, and respectfully urges this Court to cause a Writ of Mandamus to issue, forthwith, based upon Federal Law and, whence necessary, English common Law, to require Respondent to disprove such Official Record. Petitioner comes with an at-Law issue and

1. not with a political question. Petitioner has suffered injury by spending a considerable amount of his personal fortune in procuring such Official Record, pursuant to his Duty, as an Elector, under Florida Law (Title IX § 97.051). Upon registering to Vote on March 17, 2003, Petitioner affirmed that he "*will protect and defend the Constitution of the United States and the Constitution of the State of Florida.*" By discharging his Duty and in sedulously procuring such Official Record, Petitioner has sacrificed good and valuable consideration, in defense of the U. S. Constitution against violation of its eligibility requirement (U.S. Constitution, Article II, Section I) in the form of unlawful usurpation.

2. Petitioner has unique standing to bring forth this civil action, not only as a natural born Citizen, himself eligible to the Office of President of the United States, a Florida Elector, whose Vote could have been cast for another Presidential candidate on December 15, 2008, when the Florida Electors convened, in Tallahassee, but also as the man who caused such Official Record to be procured, based on actions taken, at considerable expense, under Law, to defend the U. S. Constitution as well as to put to rest any possible notions which he held, that Respondent was, indeed, eligible to hold the Office of President of the United States of America, pursuant to the U. S. Constitution.

**PORTION INTENTIONALLY LEFT BLANK.**

**SEE NEXT PAGE FOR OFFICIAL RECORD.**

# TACIT ADMISSION OF INELIGIBILITY
## CONFESSION IN OPEN COURT

WHEREAS Defendant Barack Hussein Obama II received a Certified Letter of Redress dated 2/26/2009 from Plaintiff William Spencer Connerat III, on 3/25/2009, and numbered 7008 1830 0000 2749 6597 by United States Postal Service;

The final paragraph reading:

*"If and when a second rebuke of this Citizen's humble request is manifested, then I shall seek to record a true and correct copy of such tacit admission of ineligibility to the Office of President of the United States of America in the Pinellas County Courthouse."*

WHEREAS aforementioned Letter was met with ignorance and capitulation, the Defendant neither responding, nor appearing in Court,

And WHEREAS the Plaintiff seeks to fulfill his promise to record,

BE IT THEREFORE RESOLVED, that this document represents a recorded ADMISSION OF INELIGIBILITY by the Defendant, A CONFESSION IN OPEN COURT, AND THE BASIS FOR AN ACTION OF TREASON, in this State and in any other jurisdiction which may deem such tacit admission as fact.

RE: 522009SC005522XXSCSC
   Connerat vs. Obama
   Filed March 18, 2010
   Pinellas county, Florida

MAR 23 2010



STATE OF FLORIDA - PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as the same appears among the files and records of this court. This 20 JUN 2011 day of _____, 20__
KEN BURKE, Clerk of Circuit Court
By _____ Deputy Clerk

## PRAYER FOR RELIEF

Petitioner prays that this Court cause a Writ of Mandamus to issue, commanding the Respondent, who, according to the Official Record, is **not** President of the United States of America, and therefore has no immunity from such Writ, **to disprove the Official Record,** which was properly procured by Petitioner and filed in this case. Certified Copies of the same documentary evidence were also filed in *Commonwealth of Virginia v. Sebelius* (E.D. Va. 2010), *State of Florida, et al. v. Sebelius* (N.D. Fla. 2010), and *In re: Robert P. Smith, Jr.* (11th Circuit Court of Appeals 2011).

**In the case of no disproval of the Official Record by Respondent**, it is further prayed that this Court require payment of enumerated costs of Petitioner, incurred in procurement of the documentary evidence: Case filing fee, $55.00, Process service, $150.00, Summons fee, $10.00, for a total of $215.00. Furthermore, Petitioner prays for injunctive relief **to require the Respondent to cease and desist posing as President of the United States of America.**

Petitioner humbly beseeches this Court to provide such further relief which it deems appropriate.

Signed June 20, 2011, *anno Domini*, in Clearwater, Florida, U.S.A.

------------------------------------------------
William Spencer Connerat 111, *pro se*
13584 Feather Sound Circle, W.
Apt. 2009
Clearwater, FL  33762
(727) 556-0170
SConnerat@aol.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing Petition for Writ of Mandamus was mailed on this date, June 20, 2011, *anno Domini*, via United States Postal Service, Certified Mail, to Mr. Andre W. Keith, of Legal Support Services, Inc. whose address is 1115 Massachusetts Ave., N.W., Washington, DC 20005, who has been specially appointed to effect service upon the Respondent, whose last known address is 1600 Pennsylvania Ave., N.W., Washington, DC 20500.

The signed Affadavit of Service shall be filed with this Court promptly upon receipt of such signed Affadavit by me. An additional true and correct copy of this Petition for Writ of Mandamus (including an additional Certified Copy of the **Tacit Admission of Ineligibility, Confession in Open Court**) is being provided to the Clerk for convenience of the Court.

Signed June 20, 2011, *anno Domini*, in Largo, Florida, U.S.A.

*[signature]*

---

William Spencer Connerat 111, *pro se*
13584 Feather Sound Circle, W.
Apt. 2009
Clearwater, FL 33762
(727) 556-0170
SConnerat@aol.com