FILED

11 JUL -5 PM 2: 16

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM SPENCER CONNERAT III
    Petitioner,

vs.   Case Number: 8:11-CV-1359-T-23TGW

BARACK HUSSEIN OBAMA II
    Respondent.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Petition in the above entitled case, hereby declare and says:

    That my age and date of birth are as follows: 8-31-61
    That my business address is: 1115 Mass. Ave., NW, Wash., DC.
    That I am not a party to or otherwise interested in this case.

    That at 1:25 pm on the 27th day of June, 2011, I personally served a Petition for Writ of Mandamus upon Barack Hussein Obama II by delivering the same to White House Remote Delivery Service, accepted by Carlos A. Salazar, at Anacostia Navy Annex, Building 410, 215 Murray Lane, SW, Washington, DC 20509.

    That this document was served at the above location for security and scanning purposes after consulting the White House mailroom personnel and Uniformed Secret Service Officers at the White House.

DESCRIPTION: Hisp. male, black hair, 5'10", 200 lbs., 30

_____
Andre W. Keith

Subscribed and Sworn to before me this 28 day of June, 2011.

_____
Notary Public - DC

My Commission Expires:

Harris S. Ammerman
Notary Public, District of Columbia
My Commission Expires 11/14/2013