IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

WILLIAM SPENCER CONNERAT 111, )
natural born Citizen, and Florida Elector )
)
)
Petitioner, )
)
v. )
) Civil Action No.
) 8:11-CV-1359-T-23TGW
BARACK HUSSEIN OBAMA II, )
putative President of the United States of America )
)
Respondent. )

FILED 11 AUG 29 AM 10:53

## MOTION FOR SUMMARY JUDGMENT

Comes now Petitioner William Spencer Connerat 111 with his Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. More than sixty days have passed since Respondent was properly served the Petition for Writ of Mandamus, which was filed June 20, 2011, in this honourable District Court. There is no dispute regarding the facts in this case, including the acceptance by both Petitioner and Respondent of the potency, validity, and veracity of the Official Record filed in this case, and proffered as documentary evidence of the **Tacit Admission of Ineligibility** by putative President of the United States of America, Barack Hussein Obama II, filed in Pinellas County Courthouse on March 18, 2010.

1

Therefore, Petitioner moves for Summary Judgment awarding $215.00 in damages to be paid by Respondent to Petitioner. Furthermore, Petitioner moves for Summary Judgment to cause the Writ of Mandamus to issue, effectively enjoining the Respondent from posing as President of the United States of America. The undisputed Official Record is proof under Law, that Respondent is, by his own Admission, ineligible to hold such Office. Petitioner, a natural born Citizen, and Florida elector, is entitled to such bifurcated relief in equity and in Law. He defends the Constitution for the United States of America, in his capacity as a sovereign Citizen of the United States of America, and in accordance with his Duty to do so, under Florida Law, as stated in the Petition.

Two (2) copies of this Motion for Summary Judgment were mailed this date, August 29, 2011, to Respondent via United States Postal Service, first-class postage-paid mail.

**I hereby Certify** that all statements made in connection with the Petition for Writ of Mandamus and with this Motion for Summary Judgment are true. If there is any deception or falsehood herein contained, I am subject to punishment.

Respectfully submitted,

_[signature]_

William Spencer Connerat 111, *pro se*
13584 Feather Sound Circle, W.
Apt. 2009
Clearwater, FL  33762
(727) 556-0170
SConnerat@aol.com